## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL A. BERNSTEIN, Individually and On Behalf of All Others Similarly Situated, | |
| *Plaintiff*, | Case No. 2:19-cv-04804 |
| v. | CLASS ACTION |
| | JURY TRIAL DEMANDED |
| CELGENE CORPORATION, MARK J. ALLES, RICHARD W. BARKER, HANS BISHOP, MICHAEL W. BONNEY, MICHAEL D. CASEY, CARRIE S. COX, MICHAEL A. FRIEDMAN, JULIA A. HALLER, PATRICIA HEMINGWAY HALL, JAMES J. LOUGHLIN, ERNEST MARIO, and JOHN H. WEILAND, | |
| *Defendants*. | |

## NOTICE OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Michael A. Bernstein ("Plaintiff"), by counsel, hereby gives notice that he is dismissing all claims in the above captioned matter (the "Action"), with prejudice as to himself and without prejudice as to claims on behalf of the putative class in the Action. Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: May 3, 2019                    KANTROWITZ, GOLDHAMER & GRAIFMAN,
                                      PC


                                      By: /s/ Gary S. Graifman
                                      Gary S. Graifman
                                      747 Chestnut Ridge Road, Suite 200
                                      Chestnut Ridge, NY 10977
                                      Tel.: (201) 391-7000
                                      Email: ggraifman@kgglaw.com

                                      *Attorneys for Plaintiff*


SO ORDERED

*s/Claire C. Cecchi*

Claire C. Cecchi, U.S.D.J.

Date: 5/6/19